SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PAUL S. COWIE, Cal. Bar No. 250131
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:  650.815.2600
Facsimile:  650.815.2601
Email       pcowie@sheppardmullin.com

BRIAN S. FONG, Cal. Bar No. 262846
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947
Email:       bfong@sheppardmullin.com

Attorneys for Defendants
DATALINK CORPORATION and
INSIGHT ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM HARRINGTON,<br><br>             Plaintiff,<br><br>       v.<br><br>DATALINK CORPORATION, INSIGHT ENTERPRISES, INC. and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No.<br><br>[Sacramento Superior Court Case No. 34-2017-00205710]<br><br>**DEFENDANT DATALINK CORPORATION'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Complaint Filed: January 3, 2017]<br><br>*[Filed concurrently with Notice of Removal, Civil Cover Sheet and Insight Enterprises, Inc.'s Corporate Disclosure Statement]* |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Datalink Corporation, certifies that Insight Enterprises, Inc. is the parent corporation of Datalink and owns 10% or more of its stock, and that no other publicly held corporation owns 10% or more of its stock.

Dated: February 16, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Brian S. Fong*
PAUL S. COWIE
BRIAN S. FONG
Attorneys for Defendants
DATALINK CORPORATION and
INSIGHT ENTERPRISES, INC.