SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PAUL S. COWIE, Cal. Bar No. 250131
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:  650.815.2600
Facsimile:  650.815.2601
Email       pcowie@sheppardmullin.com

BRIAN S. FONG, Cal. Bar No. 262846
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947
Email:       bfong@sheppardmullin.com

Attorneys for Defendants
DATALINK CORPORATION and
INSIGHT ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM HARRINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>DATALINK CORPORATION, INSIGHT ENTERPRISES, INC. and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.<br><br>[Sacramento Superior Court Case No. 34-2017-00205710]<br><br>**DEFENDANT INSIGHT ENTERPRISES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Complaint Filed: January 3, 2017]<br><br>*[Filed concurrently with Notice of Removal, Civil Cover Sheet and Datalink Corporation's Corporate Disclosure Statement]* |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Insight Enterprises, Inc., certifies that Insight Enterprises, Inc. is a publicly owned company and that there is no parent company or any other publicly held corporation that owns 10% or more of its stock.

Dated: February 16, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Brian S. Fong*
PAUL S. COWIE
BRIAN S. FONG
Attorneys for Defendants
DATALINK CORPORATION and
INSIGHT ENTERPRISES, INC.