| | |
|---|---|
| 1 | Jill P. Telfer (SBN 145450) |
| | LAW OFFICES OF JILL P. TELFER |
| 2 | A Professional Corporation |
| | 331 J Street, Suite 200 |
| 3 | Sacramento, California 95814 |
| | Telephone: (91 6) 446-1916 |
| 4 | Facsimile: (916) 446-1726 |
| | jtelfer@telferlaw.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | **TIM HARRINGTON** |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 8 | A Limited Liability Partnership |
| | Including Professional Corporations |
| 9 | PAUL S. COWIE (SBN 250131) |
| | 379 Lytton Avenue |
| 10 | Palo Alto, California 94301-1479 |
| | Telephone: 650.815.2600 |
| 11 | Facsimile: 650.815.2601 |
| | Email pcowie@sheppardmullin.com |
| 13 | BRIAN S. FONG (SBN 262846) |
| | Four Embarcadero Center, 17th Floor |
| 14 | San Francisco, California 94111-4109 |
| | Telephone: 415.434.9100 |
| 15 | Facsimile: 415.434.3947 |
| | Email: bfong@sheppardmullin.com |
| 17 | Attorneys for Defendant |
| | **DATALINK CORPORATION and** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM HARRINGTON, | Case No. 2:17-CV-00348-WBS-KJN |
| Plaintiff, | STIPULATION TO MOVE THE EXPERT DISCLOSURE AND DISCOVERY CUT-OFF DATE; ORDER |
| v. | |
| DATALINK CORPORATION, INSIGHT ENTERPRISES INC., and DOES 1 through 20, inclusive, | |
| Defendant. | |

Experts are currently scheduled to be disclosed March 9, 2018, the discovery cut-off date is currently set for May 14, 2018, and trial in this matter is currently set for December 4, 2018. The parties have elected to participate in private mediation. So as not to incur needless costs should this case settle at mediation, the parties have delayed taking three depositions, two of which require travel to the Midwest. As a result, the parties stipulate to move the expert disclosures and discovery cut-off 30 days to allow parties to proceed with mediation scheduled for March 15, 2018 in an attempt to resolve this matter.

Plaintiff Tim Harrington ("Harrington") and Defendant Datalink Corporation ("Datalink"), by and through their respective counsel, have Stipulated to move the expert disclosure date 30 days and the discovery cut-off date for 30 days.

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their counsel, that

(1) The expert disclosure date will be moved 30 days from March 9, 2018, to April 9, 2018.

(2) The discovery cut-off date will be moved by 30 days from May 14, 2018, to June 13, 2018.

**IT IS SO STIPULATED.**

DATED: March    , 2018                                LAW OFFICES OF JILL P. TELFER
                                                      A Professional Corporation

                                                          */s/ Jill P. Telfer*
                                                      By: _____
                                                          Jill P. Telfer
                                                          Attorney for Plaintiff
                                                          **TIM HARRINGTON**

| | |
|---|---|
| DATED: March , 2018 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By: _/s/ Brian Fong_____<br>Paul S. Cowie<br>Brian S. Fong<br>Attorneys for Defendants<br>**DATALINK CORPORATION and INSIGHT ENTERPRISES, INC.** |

## **ORDER**

The Court has reviewed and approved the foregoing Stipulation of the parties and enters the terms of the Stipulation as the Order of this Court, as follows:

(1) The expert disclosure date will be moved 30 days from March 9, 2018, to April 9, 2018.

(2) The discovery cut-off date will be moved by 30 days from May 14, 2018, to June 13, 2018.

Dated: March 7, 2018

_/s/ Kendall J. Newman_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE